Leah C. Schwartz (7-5019)
PARSONS BEHLE & LATIMER
lschwartz@parsonsbehle.com
20 East Simpson Ave.
P.O. Box 3890
Jackson, WY 83001
Telephone: 307.733.5130

Julian W. Kleinbrodt (*pro hac vice* pending)
GIBSON, DUNN & CRUTCHER LLP
jkleinbrodt@gibsondunn.com
One Embarcadero Center Suite 2600,
San Francisco, CA 94111
Telephone: 415.393.8382

*Attorneys for Defendant Apple Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **Coronavirus Reporter Corporation, Calid Inc.**  *on behalf of themselves and all others similarly situated.*  Plaintiffs,  v.  **Apple Inc.**  Defendant. | **DEFENDANT APPLE INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(A)**  Civil No. 24-CV-00053 |

Defendant Apple Inc. ("Apple") hereby moves this Court for an order transferring this action to the U.S. District Court for the Northern District of California pursuant to 28 U.S.C. § 1404(a). This motion is based on the accompanying memorandum of law, the concurrently filed declarations and exhibits, other documents on file in this or related actions, and any other matters of which the Court may take judicial notice.

Apple has conferred and made reasonable good faith efforts to resolve the dispute with, or obtain the consent of, opposing counsel prior to filing this motion. *See* Local Civ. R. 7.1(b)(1)(A). Counsel met and conferred telephonically on June 7, 2024 to discuss, among other things, stipulating to transfer this action to the U.S. District Court for the Northern District of California. Counsel for Plaintiffs indicated that they would not so stipulate. *See* Declaration of J. Kleinbrodt ¶ 16.

WHEREFORE, Apple respectfully requests that this Honorable Court grant this motion to transfer venue pursuant to 28 U.S.C. § 1404(a), and grant such other and further relief as the Court deems just and equitable.

Dated: June 28, 2024.

Respectfully submitted,

By: /s/ *Leah C. Schwartz*

Leah C. Schwartz (7-5019)
PARSONS BEHLE & LATIMER
lschwartz@parsonsbehle.com
20 East Simpson Ave.
P.O. Box 3890
Jackson, WY 83001
Telephone: 307.733.5130

Julian W. Kleinbrodt (*pro hac vice* pending)
GIBSON, DUNN & CRUTCHER LLP
jkleinbrodt@gibsondunn.com
One Embarcadero Center Suite 2600,
San Francisco, CA 94111
Telephone: 415.393.8382

*Attorneys for Defendant Apple Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2024, I electronically filed the foregoing with the Clerk of Court using the electronic filing system, which will send notification of such filing to all registered CM/ECF users.

                                                **PARSONS BEHLE & LATIMER**

                                                */s/ Leah C. Schwartz*
                                                Leah C. Schwartz